**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN THE MATTER OF:  THE NOMINATION PETITIONS OF KIM D. WILLIAMS (DEMOCRATIC) CANDIDATE FOR MAGISTERIAL DISTRICT JUDGE FOR DISTRICT 05-2-28 | :  No. 127 WAL 2019 <br> : <br> : <br> :  Petition for Allowance of Appeal from <br> :  the **Unpublished Memorandum** <br> :  **Opinion and Order** of the <br> :  Commonwealth Court at No. 412 CD <br> :  2019 entered on April 17, 2019, <br> :  **affirming** the Order of the Allegheny <br> :  County Court of Common Pleas at No. <br> :  GD-19-0003967 entered on March 28, <br> :  2019 |
| PETITION OF: NADINE A. BROADWAY, JANN KELLY COUNCIL, AND BELINDA DAVIS | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2019, it being undisputed that the Commonwealth Court erred in its April 17, 2019 order in directing that Kim D. Williams be listed on the ballot as a Candidate for the Republican Nomination, the Petition for Allowance of Appeal is **GRANTED**, limited to that sole issue. The April 17, 2019 Commonwealth Court order is vacated and the case is **REMANDED** to the Commonwealth Court for entry of a corrected order. The Petition for Allowance of Appeal is **DENIED** in all other respects. Kim D. Williams remains on the ballot as a Candidate for the Democratic Nomination.

    The Application for Extraordinary Relief is **DENIED**.